IN WITNESS of this Agreement, the Parties have executed the Agreement below.

LOCKE HAVEN, LLC

By: _____

Name: John H. Lohmeier

Title: Partner

LOCKE HAVEN, LLC

By: _____

Name: Mike Fukujzo

Title: Partner

LOCKE HAVEN, LLC

By: _____

Name: Rebecca Townsend

Title: Partner

LOCKE HAVEN, LLC

By: _____

Name: George Drege

Title: Partner

TRADERIGHT SECURITIES, INC.

By: _____

Name: Christopher Wurtzinger

Title: CGO/Corporate Secretary

ADVISORY CONSULTING SERVICES, INC.

By: _Ruthe Pessin Gomez_

Name: Ruthe Pessin Gomez

Title: President

[Notary seal: FRANCES E. BRIOSO, Comm. #1454826, NOTARY PUBLIC-CALIFORNIA, Alameda County, My Comm. Expires Dec. 8, 2007]

ADVISORY CONSULTING SERVICES, INC.

By: _Cathy D Berwaldt_

Name: Cathy D. Berwaldt

Title: Director

[Notary seal: FRANCES E. BRIOSO, Comm. #1454826, NOTARY PUBLIC-CALIFORNIA, Alameda County, My Comm. Expires Dec. 8, 2007]

ADVISORY CONSULTING SERVICES, INC.

By: _[signature]_

Name: Julian E. Gomez

Title: Director

[Notary seal: FRANCES E. BRIOSO, Comm. #1454826, NOTARY PUBLIC-CALIFORNIA, Alameda County, My Comm. Expires Dec. 8, 2007]

ADVISORY CONSULTING SERVICES, INC.

By: _Dena M Selby_

Name: Dena M. Selby

Title: Director

_Helen Louise Stone_  12/26/06
Notary

Com. Expiration  01/07/07

13

STATE OF ILLINOIS    )
                     ) ss:
County of _____    )

On this _____ day of December, 2006, before me, a Notary Public in and for the jurisdiction aforesaid, personally appeared _____ the partners of Locke Haven _____ to me known, who being by me duly sworn, did depose and say that he/she is the _____ of Locke Haven, LLC, the limited liability company named herein, and he _____ subscribed, sworn to and acknowledged the same in his capacity as such officer as the authorized and binding act and deed of said corporation.


STATE OF CALIFORNIA  )
                     ) ss:
COUNTY OF Alameda    )

On this 27th day of December, 2006, before me, a Notary Public in and for the jurisdiction aforesaid, personally appeared Ruthe Pession Gomez, to me known, who being by me duly sworn, did depose and say that she is the President of Advisory Financial Consultants, Inc., the corporation named herein, and she subscribed, sworn to and acknowledged the same in her capacity as such officer as the authorized and binding act and deed of said corporation.

_____
Notary Public

EXHIBIT B

# ENTERPRISE TRUST CO.

## PRIVATE PORTFOLIO INVESTMENT AGENCY AGREEMENT

Account Name Designation

Customer Name:

Social Security Number                    Social Security Number

Birthday                                   Birthday

Account Number                             Discretion

Asset Allocation Model

The Client is opening an asset management account with Enterprise Trust Company, as Agent. Agent will have the following powers with respect to the assets in the account, in addition to those provided by law:

1. To keep all assets safely, collect income and the proceeds of sales and maturities; distribute income and principal as directed by Customer, and provide periodic accounting statements.

2. To retain, invest and reinvest in assets of any kind and take other investment action it considers appropriate in its sole direction based on the Customer's stated risk profile and investment objectives. Depending on the type of asset, it may be held at a brokerage firm instead of our standard custodian.

3. To place orders for the purchase or sale of securities for the account at such price or prices, at such times and with brokers agent may select. It is possible that Agent may pay a higher brokerage commission because of the research services provided by that broker. Some of the strategies used are more active resulting in significant portfolio turnover.

4. To vote stock and participate in corporate reorganizations, dissolutions, liquidations or similar transactions; and hold assets in the name of a nominee or in bearer form.

5. The investments used by the Agent may include options, inverse performance funds, venture capital, private placement securities, and real estate. All of these have higher than normal market and liquidity risks. It is mutually understood by the Customer and Agent that:

1. This Agreement may be terminated by either party upon written notice to the other and shall terminate upon Customer's death.

2. Any designation of Agent in this Agreement shall include its corporate successor.

3. Agent shall charge against the account its fees in accordance with Agent's fee schedule as published from time to time to Customer.

4. Agent shall not be liable for any loss or depreciation resulting from any action or inaction of Agent taken in good faith pursuant to the terms of this Agreement or as the result of following a direction or instruction from Customer. Agent is specifically indemnified by Customer against loss, damage, and expense not due to its willful misconduct.

5. Agent performs similar services for various other clients. Agent may give advice and take action for its other clients that may differ from the assets managed under this Agreement. Nothing in this Agreement shall obligate the Agent to acquire for the Customer a position in any security which Agent, its principals, or employees may acquire for its or their own accounts or for the account of any other client, if in the discretion of Agent, it is not practical or desirable to acquire a position in such security for the Customer.

6. Agent is authorized to rely and act upon any verbal, written, or electronic communication from the Customer which it believes to be genuine. Agent is further authorized to take any other actions it believes are reasonably in connection with the matter discussed above, including executing necessary documents.

_____
Signature- Customer

1/26/2007
Date of Agreement

Signature (Joint Survivor)

_____
Signature- Enterprise Trust Company

505 DURHAM RD
Customer Street Address

FREMONT CA 94539-6603
City, State, Zip Code

Primary Phone

Statements: Email/Mail

Email Address

Enterprise Trust Company
1489 W. Warm Springs Rd Suite 110
Henderson, NV 89104



EXHIBIT C

**BALDWIN LAW GROUP**

PATRICK BALDWIN
CHRISTOPHER P. MADER

530 OAK GROVE AVENUE
SUITE 207
MENLO PARK, CALIFORNIA 94025
TEL (650) 326-8195

OF COUNSEL
MICHAEL C. MILLER

FAX (650) 326-0467

*Via Facsimile and Overnight Delivery*

July 10, 2007

Enterprise Trust Company
Attn: John Lohmeier and Rebecca Townsend
1489 W. Warm Springs Road, Suite 110
Henderson, NV 89104

RE: **Ruthe P. Gomez / Advisory Financial Consultants, Inc.**

Dear Mr. Lohmeier and Ms. Townsend:

On behalf of our client, Ruthe P. Gomez, in her individual capacity and as President of Advisory Financial Consultants, Inc., this letter revokes any and all discretionary authority and/or powers granted to Enterprise Trust Company, or any of its agents or affiliates, under the Investment Agency Agreement, a form of which agreement is included herewith for identification purposes.

Please acknowledge your receipt of this letter as soon as possible. Should you require any additional written authority, we will provide it to you. However, effective immediately, under no circumstances should Enterprise Trust Company, or any of its agents or affiliates take any action, including but not limited to the execution of any transactions, on behalf of Ms. Gomez.

In addition, for reasons that remain unclear Ms. Gomez has not received any account statements whatsoever. Please immediately send to us via facsimile the most current account statements for each of the accounts of Ms. Gomez.

We look forward to your confirmation of receipt. Please feel free to telephone me should you have any questions.

Sincerely,

Patrick Baldwin

cc: Enterprise Trust Company, *Via Facsimile and Overnight Delivery*
Attn: John Lohmeier and Rebecca Townsend
600 Enterprise Drive, Suite 220
Oak Brook, IL 60523

Locke Haven, LLC, *Via Facsimile and Overnight Delivery*
Attn: John Lohmeier, Rebecca Townsend
 George Dragel, and Michael Rukujzo
600 Enterprise Drive, Suite 220
Oak Brook, IL 60523

TradeRight Securities, Inc., *Via Facsimile and Overnight Delivery*
Attn: Michael Rukujzo, Patrick Gill
 Christopher Wurtzinger, and James Gove
123 E. 9th Street, Suite 1A
Lockport, IL 60441

2