EXHIBIT D

**TRADERight Securities**
*"Together We Can"*
Member FINRA and SIPC
123 E 9TH STREET
SUITE 1A
LOCKPORT, IL 60441
815-306-5000

# Trade Confirmation

Settlement Date: 11/29/07
Account Number: 15039588
Introducing Broker: 1195

TRADERIGHT SECURITIES
(815)306-5000
123 E 9TH STREET
SUITE 1A
LOCKPORT, IL 60441

ENTERPRISE TRUST COMPANY
C/O ENTERPRISE ADVISORY GROUP
600 ENTERPRISE DRIVE, STE 220
OAK BROOK IL 60523-4202

Your introducing broker is pleased to confirm the following sale transaction:

| Trade Date | Description | Symbol | CUSIP | Quantity | Price |
|---|---|---|---|---|---|
| 11/26/07 | CALVERT SOCIAL INVT FD BALANCED PORTFOLIO CL A | CSIFX | 131618100 | 998.7050 | 30.2700 |

| | |
|---|---|
| Principal: | $30,230.80 |
| Commission: | $15.00 |
| Net Amount: | $30,215.80 |

**Your Introducing broker capacity:**
AS AGENT FOR YOU AND FOR YOUR ACCOUNT AND RISK ON THE OVER-THE-COUNTER MARKET.
WE WILL FURNISH THE NAME OF THE OTHER PARTY AND THE TIME OF EXECUTION ON REQUEST.

**Special remarks for this transaction:**
UNSOLICITED

*Gomez*
*997702*

Subject to terms on reverse side. Please retain for your records.
CLEARED THROUGH:
Legent Clearing • 9300 Underwood Avenue, Suite 400 • Omaha, NE 68114 • 402-384-6101
www.legentclearing.com
Member FINRA & SIPC.
*01300*

**TRADERight Securities**
*"Together We Can"*
Member FINRA and SIPC
123 E 9TH STREET
SUITE 1A
LOCKPORT, IL 60441
815-306-5000

**Trade Confirmation**

Settlement Date: 11/29/07
Account Number: 15033588
Introducing Broker: 1199

TRADERIGHT SECURITIES
(815)306-5000
123 E 9TH STREET
SUITE 1A
LOCKPORT, IL 60441

ENTERPRISE TRUST COMPANY
C/O ENTERPRISE ADVISORY GROUP
600 ENTERPRISE DRIVE, STE 220
OAK BROOK, IL 60523-4202

Your introducing broker is pleased to confirm the following sale transaction:

| Date | Description | Symbol | | | Price |
|---|---|---|---|---|---|
| 11/26/07 | CALVERT FD NEW VISION SMALL CAP FD CL A | CNVAX | 131582850 | 1,446.4960 | 15.8200 |

| | |
|---|---|
| Principal: | $22,883.57 |
| Commission: | $15.00 |
| Net Amount: | $22,898.57 |

Your introducing broker capacity:
AS AGENT FOR YOU AND FOR YOUR ACCOUNT AND RISK ON THE
OVER-THE-COUNTER MARKET
WE WILL FURNISH THE NAME OF THE OTHER PARTY AND THE
TIME OF EXECUTION ON REQUEST.

Special remarks for this transaction:
UNSOLICITED

*01100*

Subject to terms on reverse side. Please retain for your records.
CLEARED THROUGH
Legent Clearing • 9300 Underwood Avenue, Suite 400 • Omaha, NE 68114 • 402-384-6101
www.legentclearing.com
Member FINRA & SIPC



EXHIBIT E

## BALDWIN LAW GROUP

PATRICK BALDWIN  
CHRISTOPHER P. MADER

530 OAK GROVE AVENUE  
SUITE 207  
MENLO PARK, CALIFORNIA 94025  
TEL (650) 326-8195  
FAX (650) 326-0467

OF COUNSEL  
MICHAEL C. MILLER

*Via Facsimile and Regular Mail*

December 12, 2007

Mr. James Garvey, Esq.  
Vedder Price  
222 North LaSalle Street  
Chicago, IL 60601

Ms. Rebecca Townsend  
Enterprise Trust Company  
600 Enterprise Drive, Suite 220  
Oak Brook, IL 60523

RE: **TradeRight Securities, Inc. and Enterprise Trust Company**

Dear Mr. Garvey and Ms. Townsend:

As you know, we represent Ruthe P. Gomez.

On behalf of Mrs. Gomez, we hereby demand that all mutual funds, stocks and assets owned by Mrs. Gomez immediately be transferred to AG Edwards & Sons, Inc. Account Number 3029-4723, held in the name of the Ruthe P. Gomez Trust Dated August 6, 1982.

Mrs. Gomez's registered representative at AG Edwards is Mr. Jim Baney — 456 Montgomery Street, 16th Floor, San Francisco, California 94104; (415) 982-2900. Donna Tomlin of AG Edwards will be handling the account transfer — One North Jefferson, St. Louis, Missouri, 63103, (314) 955-4336.

While we demand that all mutual funds, stocks and assets owned by Mrs. Gomez immediately be transferred to AG Edwards, the following is a list of the assets as of December 2007 of which Mrs. Gomez is aware[1]:

| Investment | Shares | Value |
|---|---|---|
| American Funds — American Mutual Fund | 1,259 | Unknown |
| American Funds — CA Tax Exempt Money Fund | Unknown | Unknown |
| American Funds — New World Fund | 27,349 | Unknown |
| American Funds — Fundamental Investors Fund | 3,038 | Unknown |

---

[1] TradeRight and Enterprise have refused to provide an accounting of her funds, stocks and assets, despite her repeated requests.

| | | |
|---|---|---|
| American Funds — Capital World Growth Fund | 2,034 | $85,282 |
| Calvert Funds — Mid Cap Value Fund | 1,628 | $31,545 |
| Calvert Funds — Social Investments Equity Fund | 906 | $33,600 |
| First Eagle — Global Fund | 2,457 | $111,826 |
| First Eagle — US Value Fund | 2,154 | $33,837 |
| Parnassus — Equity Income Fund | 1,138 | $28,267 |
| Pioneer Funds — Protected Principal Fund | Unknown | Unknown |
| Pioneer Funds — Real Estate Fund - IRA | 967 | $32,636 |
| Wells Fargo — S&P REIT | 4,436 | $61,087 |
| Washington Mutual — SEP IRA | 2,653 | $92,517 |
| Unknown Fund Company — Dividend Growth | 2,193 | Unknown |
| Unknown Fund Company — New Alternative | 838 | $36,797 |
| Unknown Fund Company — Tax Exempt Money | Unknown | $292 |
| Unknown Fund Company — Tax Exempt CA | 6,148 | $103,417 |
| Portfolio of Individual Equities | Unknown | Approx. $200,000 |

By continuing to hold Mrs. Gomez's assets in the name of Enterprise Trust Company ("Enterprise") and treating Enterprise as the owner of those assets, TradeRight Securities, Inc. ("TradeRight") is furthering the fraud of Enterprise, conspiring with Enterprise and aiding, abetting and facilitating the same.

Please recall that in July 2007, Mrs. Gomez revoked *in writing* any authority of Enterprise may have had under the Enterprise Agency Agreement — the Agreement where Enterprise fraudulently gained discretion over Mrs. Gomez's accounts. As of July 2007 Enterprise had no authority, if it ever had any, over Mrs. Gomez's accounts.

Yet since that time Mrs. Gomez continues to experience significant difficulty in removing her accounts from the control of Enterprise. The two Trade Confirmations issued by TradeRight concerning the recent liquidation of two of Mrs. Gomez's Calvert Funds falsely reflect Enterprise as the owner of Mrs. Gomez's funds — TradeRight is shown as the broker-dealer of record on the two November 26, 2007 Trade Confirmations relating to the liquidation of 998.70 shares of Mrs. Gomez's Calvert Social Investment Fund (CSIFX) and 1,446 shares of Calvert Fund New Vision Small Cap Fund Class "A" (CNVAX) and "Enterprise Trust Company c/o Enterprise Advisory Group" is shown as the owner.

The above Trade Confirmations make clear that Enterprise and TradeRight have ignored the revocation and with the help of TradeRight, Enterprise continues to exercise control over Mrs. Gomez's assets despite having no authority to do so. TradeRight, among other things, continues to hold Mrs. Gomez's assets in the name of Enterprise and facilitate the fraud of Enterprise. (Although Mr. Garvey *now* states he only represents TradeRight, notice of revocation of the Enterprise Agency Agreement was sent to him as counsel for both Enterprise and TradeRight.)

2

Please present immediate documentary proof that TradeRight has recorded these changes on its books and records and a complete listing of the same.

Sincerely,

Patrick Baldwin

cc:  Calvert Group (*Via Regular Mail*)
4550 Montgomery Avenue
Suite 1000 North
Bethesda, MD 20814

American Funds (*Via Regular Mail*)
PO Box 25065
Santa Ana, CA
92799-5065

First Eagle (*Via Regular Mail*)
PO Box 219324
Kansas City, MO 64121-9324

Parnassus (*Via Regular Mail*)
One Market - Steuart Tower, Suite 1600
San Francisco, CA 94105

Pioneer Funds (*Via Regular Mail*)
PO Box 55014
Boston, MA 02205-5014

Joseph D. Edmondson Jr., Esq. (*Via Facsimile*)
Foley & Lardner LLP
3000 K Street, N.W.
Suite 500
Washington, DC 20007

Jim Baney (*Via Regular Mail*)
AG Edwards & Sons, Inc.
456 Montgomery Street, 16th Floor,
San Francisco, CA 94104

3

Donna Tomlin (*Via Regular Mail*)
AG Edwards & Sons, Inc.
One North Jefferson
St. Louis, MO 63103

Ruthe P. Gomez (*Via Facsimile*)
505 Durham Road
Fremont, CA 94539

4

Donna Tomlin (*Via Regular Mail*)

EXHIBIT F