December 6, 2007

Enterprise Trust Co.
TradeRight Securities
Legent

Gentlemen:

Until you took over my accounts with Pioneer, Franklin, and MFS mutual funds, I was receiving dividend checks on a regular basis.

I have asked you why am I no longer receiving these checks. You have done nothing to rectify this situation. I am past 80 years old and would like to receive this income.

Please reinstate the policy of my receiving my checks.

I would like to have Advisory Financial Consultants as my broker, so please advise the three companies that you are relinquishing my accounts with you as the broker-dealer and substituting Advisory Financial Consultants as my Broker-Dealer now.

Sincerely,


Beaulah Flood
655 MacArthur Blvd., #2
Oakland, CA  94610

cc:  SEC
     FINRA
     Advisory Financial Consultants

To: Enterprise Trust Company
Tradesright
123 East 9th Street
Lockport, IL 60441

From: Helen M Penning

Subject: Your Business Practices That Cheat Small Investors

To Whom It May Concern:

My financial planner, Ruthe Gomez, of many years always gave me excellent advice about augmenting my pension, social security and military beneficiary as a dependent. I invested in mutual funds which she advised for several years while I was teaching. I received social security and military benefits from my husband, a veteran of World War II.

When I retired from teaching at age 64 I no longer made contributions to my funds. However, I did not withdraw the money from my funds except was required by law when reaching age 70½. Ruthe Gomez helped me to establish the funds in a tax advantage to me. At the same time the interest generated by the funds was reinvested to increase my investment. However you were dishonest with Ms Gomez. Once you had her clients you told to investment companies to send the interest to your "special" bank account. The money was not given to investors as myself.

It seems that this is an unethical scheme

that your company decided to pursue for increasing your profit. ENRON is a prime example of not only failing but robbing its employees of their pension investments. The present sub-prime mortgage payment failures resulting in foreclosures is an example of "Greedy Banking Loaning" and also investment managements. All of these losses were previously illegal until the Republican Party was purchased by Corporations.

If your company wants to be profitable, I suggest you be ethical. Forget the sleazy practices that the present government has made legal. Return to a business practice that looks to your clients interest while you make a _fair_ profit. Otherwise you are cheating your clients. Can you afford to lose and destroy most of us? Our wealthy US citizens only represent 10% or less. They are not many potential customers. I think you are missing the point when your company basically cheats small investors.

I will share my experience with my affiliation. The NEA, the CTA, the CRTA, my Church UCC, Oakland Lyric Opera, S.F. Opera Guild, American Conservatory Theater, Berkeley Repertory theater, Central Works, Berkeley City Club, California Alumni Association (Berkeley U.C.) Lincoln High School Alumni Association San Francisco,

In other words I want to expose the deceitful practices of many financial companies. Your company is a prime example.

I do not want to have any association. You have attempted to cheat me on all my investments. You have also cheated my daughter to the tune of $25,000. My evaluation of your company is that you are at worst criminal and at best unethical.

If you turn your company around to a reliable company honestly increasing your investors ivestments with their interest returns I would be willing to withdraw my criticisms. However I am cynical. It seems middle class investors as myself are to be used for the excessive profit of the company I will do my best to thwart you.

Helen M Penning
HELEN M PENNING

P.S. Most of the members of my affiliations are educated professional middle-class citizens as I am. A few members of my musical and theatrical affiliations are probably wealthy. You are destroying the large base of potential clients for a short term profit that will not continue into the future

Robert and Zelda Thomas
18656 Vineyard Road
Castro Valley, California 94546
November 16, 2007

Enterprise Advisory Group
600 Enterprise Drive
Oak Brook, Illinois 60523
Attn: Becky Townsend

Dear Becky,

Please be informed that we no longer want you, Enterprise, to be custodian of our accounts. After many months of calling and requesting that interest monies be reinvested into the accounts, not into your Legent account, we continue to lack evidence that this has been done in all instances, and for all the interest accrued to date. We want to manage our accounts ourselves, as Orphan Accounts, with no broker/dealer involved. We want evidence that this has been done by November 30, 2007 or we will be forced to notify the SEC, FINRA and our attorney regarding your lack of follow through and cooperation.

Immediate response and completion of this is required.

Sincerely,


Robert S. Thomas



Zelda M. Thomas



**TRADE-*Right Securities***
*"Together we can"*
MEMBER NASD & SIPC

(815) 306-5000
123 E. 9th Street, 1A, Lockport, IL 60441

November 15, 2007

LESTER CLARK & BETTY CLARK
31378 CHICOINE AVE
HAYWARD CA 94544-7766

Dear Investor:

You may have noticed my name on your recent mutual fund statements as your representative, I wanted introduce myself to you. Your former representative has left the business to pursue other interests. I have been assigned your account(s) to my care By way of introduction, I wanted to make certain that you have all the necessary contact information available for our office. Knowledgeable, experienced and professional staff of TradeRight Securities are always available to help service your account(s).

In the event you have any questions that may arise regarding your account(s) or other financial matters, please do not hesitate to contact us. We pride ourselves on being able to provide superior customer service. We're a full-service brokerage firm equipped to offer clients financial services beyond mutual funds ranging from individual stock & bond accounts and insurance services to advisory services and financial planning.

So if you have any questions at all, please do not hesitate to contact our office at 1-800-308-3938.

**Personalized Service In Your Backyard**

I would also like to introduce you to local service representative. His name is *Kimble "Kim" Mason*. Kim is an industry veteran, bringing you more then 30 years of experience. Kim has broad knowledge of the financial markets and often helps individuals navigate through the life stages of investing.

One of the most important factors in reaching your financial goals is to review your investment portfolio on a regular basis. Depending on who you talk you'll hear you should review your holdings semi annually or annually. There is no magic number, but we can certainly tell you that regular portfolio reviews are highly recommended. Certainly, we can all agree that our life objectives change…marriage, children, college planning, retirement, long term care. These are all considerations that can be effectively planned for with proper forethought. He has helped many clients plan for their for their future needs.

Kim is available for consultation at your convenience. He will be calling you in the near future to introduce himself as your regional representative. If you'd like to speak with Kim sooner, please call us at 800-308-3938 and we'll put you in touch with him. Or, of course, you can call TradeRight Securities, Inc.'s home office as we stand ready to assist you as well.

Your satisfaction is priority one. Please feel free to call our office at anytime should you have any questions.

Sincerely,

*George Dragel*

George Dragel
Financial Consultant
Vice President of Marketing
TradeRight Securities, Inc.
1-800-389-3839

Case 4:08-cv-00266-WDB    Document 1-9    Filed 01/15/2008    Page 9 of 9