3

August 17, 2007

Re: Traderight and Enterprise Trust Co.

Dear Client,

Because so many of you have been calling to ask about my status, I decided to send a letter to everyone concerned about me.

As you know, last December 20, 2006, Advisory Financial Consultants, Inc. (Advisory) transferred its client accounts to Locke Haven, LLC. Locke Haven is a partnership between Traderight, a broker-dealer located in Illinois and Enterprise Trust Co. (Enterprise). At that time, I became registered with Traderight, moved my own accounts and those of my children to Traderight.

This is to inform you that I have resigned my association with Traderight and Enterprise. I am in the process of joining a new firm and moving my own accounts and the accounts of my family to that firm.

As part of the above transfer, I signed a document on Enterprise letterhead entitled Private Portfolio Investment Agency Agreement (Agreement). As part of the transfer, you may have signed the same Agreement with Enterprise.

I have consulted with a securities lawyer regarding the Agreement. I have been advised that this Agreement gives Enterprise extensive authority to make investment decisions for me without my prior approval. The Agreement also requires me to indemnify Enterprise under certain circumstances. I also have been advised other parts of the Agreement are highly disadvantageous. Based upon my discussions with counsel, I concluded that I was not comfortable with the Agreement. Therefore, I sent a letter to Enterprise revoking the Agreement.

This letter is not a solicitation for you to leave or join any firm, but rather a response to your questions regarding my current status.

Sincerely,

*Ruthe P. Gomez*

Ruthe P. Gomez

4

## Advisory Financial Consultants, Inc.
505 DURHAM ROAD • FREMONT, CALIFORNIA 94538-6600 • (510) 656-1357

October 16, 2007

Dear Client:

I previously informed you that I had resigned my relationship with TradeRight Securities, Inc. in Lockport, Illinois. I further informed you that I had revoked the Advisory Agreement with Enterprise Trust Company in Oakbrook, Illinois.

Now, I am very pleased to inform you that I have joined AMERICAN INVESTORS COMPANY. The home office of AMERICAN INVESTORS COMPANY is located here in the San Francisco Bay Area at 2682 Bishop Drive, Suite 123, San Ramon, CA 94583. AMERICAN INVESTORS COMPANY has been in business for over 35 years and enjoys a well deserved reputation for outstanding service.

I am glad to be back doing what I enjoy and what I have always done — servicing my clients and devoting myself to the achievement of each client's financial success.

Please allow me this opportunity to thank each of you for your patience, loyalty and understanding.

I am still available at (510) 656-1357, the same number you have called me in the past.

Kind Regards,

*Ruthie P. Gomez*

RUTHIE P. GOMEZ

Securities Offered Through:
AMERICAN INVESTORS COMPANY, Member FINRA/SIPC



5

MAY-06-2006  07:21      Tr     ight Securities                    5 306 5010     P.001/001



August 13, 2007

Ruthe P. Gomez
505 Durham Road
Fremont, CA 94539

Dear Ruthe,

You have indicated through your attorney that you would like your funds transferred in a timely manner, however our company does not have properly executed transfer documents that would enable us to complete this request. At this time, it is unclear to whom you would like to re-register or transfer your funds and you have not directed Enterprise Trust Company to transfer or re-register the funds.

In order to complete this process and expedite, please provide the following:

- An original signature from client on transfer paperwork provided by the new institution or fund family. A representative from their respective organizations could assist you with this.
- DTC instructions for Mutual Fund Re-registration that we can provide on all necessary forms to complete the transfer

Once these documents have been sent to us, we will expedite your transfer request.

Sincerely,


Rebecca Townsend
Vice President & Trust Officer

1489 W. Warm Springs Rd. • Henderson, Nevada 89014 • Phone 702-966-8555 • Fax 702-966-8557

TOTAL P.001

6

# Account Transfer

**A.G. EDWARDS.**

(Use a separate form for each account transfer request.) TOA

| (Home Office completes) | | | A.G. Edwards Clearing Number: 0201 |
|---|---|---|---|
| ☐ ACAT | ☐ Mutual fund | ☐ Traditional IRA | |
| ☒ Non-ACAT full | ☐ Qualified Plan | ☐ Roth IRA | ☐ Educational IRA |
| ☐ Partial | ☒ Cash Margin | ☐ Simple IRA | ☐ FC Change |

**Complete sections A and B and either C, D or E. Sign section F.**

### A. A.G. Edwards Account Information.

Name as it appears on account: **RUTHE P GOMEZ TRUST**

A.G. Edwards account number: **3029 4723**    Social Security or tax identification number: [redacted]

### B. Account Transfer Information.

Firm Name: **ENTERPRISE TRUST CO.**
Address: **1489 W WARM SPRINGS RD. STE 110, HENDERSON NEVADA 89014**
Account Title: **RUTHE P GOMEZ TRUST**

(Home Office completes) FC Clearing # ___   Type of Transfer ___
Account Number: **20 00 7027 0 00**

### C. Brokerage or securities transfer.

(Stock and bond transfers: check appropriate box.)

☒ Transfer my entire account in kind. (Proceed directly to section "F" and sign this form.)
☐ Partial transfer (non-ACAT transfer). Transfer the following assets: (Attach additional forms if necessary.)

**RECEIVED OCT 0 5 2007   initials:**

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### D. Mutual fund transfer. (IRA & Qualified Plans Only)

Name of fund: ___

☐ Transfer In-kind   "all" or "%" or "number" shares   Dividend and capital gains instructions: ☐ Cash ☐ Reinvest ☐ Other

Tax I.D. 43-0895447   **Registration:** A.G. Edwards & Sons, Inc. C/F ___

☐ Liquidate   "all" or "%" or "number" shares   Send to: **See back** P.O. Box ~~14754~~ St. Louis, MO ~~63178-9961~~

FC Name ___ Br. No. ___ FC No. ___ Acct. No. ___ P.O. Box ~~14955~~ St. Louis, MO ~~63178-3655~~

### E. Bank, savings & loan, insurance or credit union transfer. (Cash, CDs and annuities)

Check one: ☐ All cash in account  ☐ Only $ ___
CD Options: ☐ Liquidate IMMEDIATELY. I am aware of and acknowledge the penalty I will incur from early withdrawal.
☐ Liquidate at MATURITY. Maturity date ___ (Submit 2-3 weeks before maturity date.)

Insurance Transfers (IRA or Qualified Plans Only): ☐ Liquidate Annuity (I am aware there may be a surrender charge.)

### F. Signature section. Return completed form to your A.G. Edwards' financial consultant.

If this account is a qualified retirement account, I have amended the applicable plan so it names A.G. Edwards & Sons as successor custodian. Unless otherwise indicated in the instructions above, transfer all assets in my account to A.G. Edwards & Sons. I understand that to the extent any assets in my account are not readily transferable, with or without penalties, such assets may not be transferred within the time frames required by NYSE Rule 412 or similar rule of the NASD or other designated examining authority. I understand I will be notified with respect to the disposition of any non-transferable assets.
Unless otherwise indicated in the instructions below, I authorize you to liquidate any nontransferable proprietary money market fund assets that are part of my account and transfer the resulting credit balance to the successor custodian or receiving organization. I authorize you to deduct any outstanding fees due you from the credit balance in my account. If my account does not contain a credit balance, or if the credit balance in the account is insufficient to satisfy any outstanding fees due you, I authorize you to liquidate the assets in my account to the extent necessary to satisfy that obligation. If certificates or other investments in my account are in your physical possession, I instruct you to transfer them in good deliverable form, including affixing any necessary tax waivers, to enable the successor custodian to transfer them in its name for the purpose of sale, when directed by me. I understand that upon receiving a copy of this transfer instruction, you will cancel all open orders for my account on your books, with respect to the securities being transferred.
I affirm that I have destroyed or returned to you credit/debit cards and/or unused checks issued to me in connection with my securities account.

AGE 70 1/2 RESTRICTIONS. The following restrictions apply to Qualified Plan Direct Rollovers and Transfers. If I am age 70 1/2 or older, I attest that none of the amount to be transferred or rolled over will include the required minimum distribution for the current year pursuant to Internal Revenue Code regulations.

Attach to this form a copy of the latest account statement for the account you are transferring.

X **Ruthe P. Gomez  9/17/07**   X ___
Your signature / Date   (St Joint account holder signature) / Date

Delivering agents: Refer to the reverse side of this form for delivery instructions.

LETTER OF ACCEPTANCE (Home Office completes). Be advised that A.G. Edwards & Sons, Inc. will accept the above account as successor custodian/trustee.

Authorized signature: **Yasmin Johnston**   Date ___   Date of trust ___

AGE 467—3/05

Financial Consultant see QN TRFACC on Interface for more details.

7

Case 4:08-cv-00266-WDB    Document 1-12    Filed 01/15/2008    Page 9 of 9