## Incoming Client Account Transfer


**EDWARDS.**
One North Jefferson
St. Louis, MO 63103

0550 (Branch Number)   5715-9225 (Account Number)   0850 (FC Number)   TOA

(Account Name) Dera M. Selby TTE
(Account Name - continued) Dera M. Selby Trust
(Account Name - continued) U/A DTD 7.31.95
(Account Name - continued)
(Edwards Account Category) Trust
(Social Security/TIN Number)

In this agreement, "I," "me" and "my" refer to the client and all others who are legally obligated on this account. "Edwards" refers to A.G. Edwards & Sons, Inc.

Please attach the latest Delivering Account Statement.

### DELIVERING ACCOUNT INFORMATION
(Delivering Firm Name) Enterprise Trust Co
(Delivering DTC Number)
(Delivering Firm Address) 1489 W. Warm Springs Rd, Ste 110
(Delivering Firm Address - continued) Henderson, NV 89014
(Delivering Account Number) 2099 5267 000
(Delivering Account Category) Trust
(Delivering Account Name) Dera M. Selby TTE
(Delivering Account Name - continued) Dera M. Selby Trust

☐ Direct Rollover _____ to _____
(Delivering Account Category) (Edwards Account Category)

### TRANSFER INSTRUCTIONS (check all that apply)
**Entire Account Transfer**
☑ Transfer - all assets in kind.
☐ Liquidate - all assets and transfer proceeds
☐ Liquidate - only assets listed in the Asset Listing, transfer proceeds and all remaining assets in kind.

**Partial Account Transfer**
☐ Transfer assets or proceeds as listed in the Asset Listing.

**Mutual Funds** – held at Mutual Fund Co for IRA or Qualified Plan. List all information in the Asset Listing.

**CD/Annuity Liquidations** – Liquidate and transfer proceeds.
☐ Upon Maturity – the maturity date is _____.
  (submit 4 weeks before maturity date)
☐ Immediately – I acknowledge there may be a penalty and/or surrender charge for a full liquidation.
☐ Percent or Amount: _____.
  (if not marked, liquidate all.)
☐ Penalty-free amount only
☐ I have lost my original annuity policy/CD Certificate.
☐ I do not want my account placed in a conservation period.
  (applies to annuities only)

### ASSET LISTING
☐ To add additional assets, attach a signed and dated list.

1. Quantity/All _____ CUSIP/Symbol/Cash _____
(Asset Description or Fund Name)
Transfer Assets (check one)   ☐ Sell   ☐ In Kind
Mutual Fund Account Number _____
Mutual Fund Dividend Option (check one)   ☐ Reinvest   ☐ Cash
Mutual Fund Capital Gain Option (check one)   ☐ Reinvest   ☐ Cash

2. Quantity/All _____ CUSIP/Symbol/Cash _____
(Asset Description or Fund Name)
Transfer Assets (check one)   ☐ Sell   ☐ In Kind
Mutual Fund Account Number _____
Mutual Fund Dividend Option (check one)   ☐ Reinvest   ☐ Cash
Mutual Fund Capital Gain Option (check one)   ☐ Reinvest   ☐ Cash

3. Quantity/All _____ CUSIP/Symbol/Cash _____
(Asset Description or Fund Name)
Transfer Assets (check one)   ☐ Sell   ☐ In Kind
Mutual Fund Account Number _____
Mutual Fund Dividend Option (check one)   ☐ Reinvest   ☐ Cash
Mutual Fund Capital Gain Option (check one)   ☐ Reinvest   ☐ Cash

4. Quantity/All _____ CUSIP/Symbol/Cash _____
(Asset Description or Fund Name)
Transfer Assets (check one)   ☐ Sell   ☐ In Kind
Mutual Fund Account Number _____
Mutual Fund Dividend Option (check one)   ☐ Reinvest   ☐ Cash
Mutual Fund Capital Gain Option (check one)   ☐ Reinvest   ☐ Cash

5. Quantity/All _____ CUSIP/Symbol/Cash _____
(Asset Description or Fund Name)
Transfer Assets (check one)   ☐ Sell   ☐ In Kind
Mutual Fund Account Number _____
Mutual Fund Dividend Option (check one)   ☐ Reinvest   ☐ Cash
Mutual Fund Capital Gain Option (check one)   ☐ Reinvest   ☐ Cash

6. Quantity/All _____ CUSIP/Symbol/Cash _____
(Asset Description or Fund Name)
Transfer Assets (check one)   ☐ Sell   ☐ In Kind
Mutual Fund Account Number _____
Mutual Fund Dividend Option (check one)   ☐ Reinvest   ☐ Cash
Mutual Fund Capital Gain Option (check one)   ☐ Reinvest   ☐ Cash

### PAYMENT INSTRUCTIONS
If payment instructions are not selected, send monies for non-automated transfers by check. Delivering firm fees may apply.
☐ Wire All Cash Electronically (Federal Wire)
☐ Electronically Send All Cash via Automated Clearinghouse (ACH)

**CLIENT AUTHORIZATION SIGNATURE AND DELIVERY INSTRUCTIONS ARE ON PAGE 2.**


AGE 467-0707   (2025-v9-0607)

Incoming Client Account Transfer                                                                       page 2

## AUTHORIZATION TO CHANGE REGISTRATION

(Delivering account category - i.e., joint, single)    (Delivering account number)

(Edwards account category)    (Edwards account number)

I understand and accept the change of registration and ownership and hold Edwards and the delivering firm harmless from acting on the above instruction.

## CLIENT AUTHORIZATION

If this account is a qualified retirement account, I have amended the applicable plan so it names A.G. Edwards & Sons as successor custodian. Unless otherwise indicated in the instructions, transfer all assets in my account to Edwards. I understand that to the extent any assets in my account are not readily transferable, with or without penalties, such assets may not be transferred within the time frames required by NYSE Rule 412 or similar rule of the NASD or other designated examining authority.

Unless otherwise indicated in the instructions, I authorize the delivering firm to liquidate any nontransferable proprietary money market fund assets that are part of my account and transfer the resulting credit balance to the successor custodian or receiving organization. I authorize the delivering firm to deduct any outstanding fees due them from the credit balance in my account. If my account does not contain a credit balance, or if the credit balance in the account is insufficient to satisfy any outstanding fees due them, I authorize the delivering firm to liquidate the assets in my account to the extent necessary to satisfy that obligation. If certificates or other investments in my account are in my physical possession, I instruct the delivering firm to transfer them in good deliverable form, including affixing any necessary tax waivers, to enable the successor custodian to transfer them in its name for the purpose of sale, when directed by me. I understand upon receiving a copy of this transfer instruction, the delivering firm will cancel all open orders for my account on their books, with respect to the securities being transferred.

I affirm that I have destroyed or returned to the delivering firm all credit/debit cards and/or unused checks issued to me in connection with my securities account.

**AGE 70 1/2 RESTRICTIONS.** *The following restrictions apply to Qualified Plan Direct Rollover Transfers.* If I am over 70 1/2, I attest that none of the amount to be transferred will include the required minimum distribution for the current year pursuant to the Internal Revenue Code.

- When applicable, I authorize the delivering firm to discontinue all account management agreements immediately. The client will have sole responsibility for investment decisions with respect to the securities, cash and other assets in the client's account until the client hires a new investment manager.
- When applicable, I accept market risk incurred due to required physical mailing of instructions.
- When applicable, I understand that some institutions may not accept liquidation instructions.
- When applicable, I understand I am responsible for all delivering firm fees associated to transferring my account or sending cash electronically.
- I authorize A.G. Edwards & Sons, Inc. to receive information pertaining to my account transfer.

Client Signature                                    Date
X Deanna M Selly                                    10-15-07
Client Signature                                    Date
X

Medallion Stamp (HOME OFFICE COMPLETE)



**LETTER OF ACCEPTANCE** (Home Office completes)

☐ IRA Trustee to Trustee Transfer - A.G. Edwards & Sons, Inc. has established an IRS-approved prototype Individual Retirement Account (IRA) complying with IRS Code Sections 408 and 408A. Edwards hereby accepts the IRA to IRA transfer according to the attached instructions.

☐ Direct Rollover Transfer - A.G. Edwards & Sons, Inc. has established an IRS-approved prototype Individual Retirement Account (IRA) complying with IRS Code Sections 408 and 408A. Edwards hereby accepts the Direct Rollover Transfer according to the attached instructions.

☒ A.G. Edwards & Sons will accept custody of the assets.

Home Office Authorized Signature                    Date
X                                                   10-18-07

## DELIVERY INSTRUCTIONS TO A.G. EDWARDS BROKERAGE ACCOUNT

**Receiving Firm Information**
A.G. Edwards & Sons, Inc
Tax ID number: 43-0895447
One North Jefferson
St. Louis, MO 63103
Any questions regarding this form should be directed to Customer Account Services at (314) 955-2515

**FED WIRED MONIES**
U.S. Bank
721 Locust Street
St. Louis, MO 63101-
888-799-4737
ABA number: 081-000210
A/C number: 1001270790
FBO Edwards account name/account number

**DTC ELIGIBLE SECURITIES**
DTC Number: 0201
FBO Edwards account name/account number

**AUTOMATIC CLEARING HOUSE PAYMENT (ACH)**
PNC Bank
8800 Tinicum Boulevard
Philadelphia, PA 19153
1-800-677-8380
ABA number: 0311-0015-7
A/C number: 904799 and Edwards account number

**GOVERNMENT SECURITIES**
Bank of NYC / A.G. Edwards
ABA number: 021-000018
FBO Edwards account name/account number

**MUTUAL FUND REGISTRATION**
Edwards has established a fund account at the Mutual Fund Company. Use the Edwards account number as the BIN number. If a mutual fund account number is required, or the mutual fund cannot be networked call A.G. Edwards at 314-955-2515

**CHECKS/PHYSICAL SECURITY**
A.G. Edwards & Sons, Inc.
FBO Edwards account name/account number
Mail Stop: F520
One North Jefferson
St. Louis, MO 63103

**LIMITED PARTNERSHIP**
A.G. Edwards & Sons, Inc.
FBO Edwards account name/account number
Mail Stop: F260
One North Jefferson
St. Louis, MO 63103

**NEW YORK AREA PHYSICAL**
A.G. Edwards & Sons, Inc
FBO Edwards account name/account number
125 Broad Street, 40th Floor
New York, NY 10004

AGE 467—0/07   (20255-v9-0607)        RETURN COMPLETED FORM TO A.G. EDWARDS FINANCIAL CONSULTANT.



8



November 19, 2007

Patrick Baldwin
Baldwin Law Group
530 Oak Grove Avenue
Suite 207
Menlo Park, California 94025

    Re:    <u>Selby Accounts</u>

Dear Mr. Baldwin:

    Enclosed you will find the dividend and distribution record for the Selby accounts. Ms. Selby is encouraged to review it and submit any written questions that she may have upon receipt.

    The two funds still remaining in her trust are CAIBX and CWGIX. As reported in prior communications, the transfer instructions were not sent to Enterprise until the second half of October. The transfer of these funds were effected immediately upon receipt of the paperwork and are still in active transfer status and the mutual fund companies are still in the re-registration process. To be very clear, Enterprise Trust Company has processed the paperwork and the rest of the process lies in the hands of the respective mutual funds. Re-registration of a fund to a new custodian or company is entirely in their control and has nothing to do with any procedure or activity undertaken by Enterprise Trust Company.

    The majority of the dividends reflected in the account were paid by the funds in cash. Unless notified by Ms. Gomez on a client by client basis or directed by Ms. Selby, Enterprise Trust Company would not have requested dividend reinvestment from the fund companies.

    Any residual dividends will continue to be forwarded to AG Edwards.

Sincerely,

*[signature]*

Rebecca Townsend
Vice President

Counsel
L. Scott B. Gainey
Attorney for Trade Right
Filed on Behalf of tradeRight

FILED
ALAMEDA COUNTY
DEC 19 2007
CLERK OF THE SUPERIOR COURT
BY Filipino Jungohiam
DEPUTY

*6171796*

RG07362098

STATE OF ILLINOIS    )
                     ) SS.
COUNTY OF WILL       )

### AFFIDAVIT OF GEORGE DRAGEL

I, George Dragel, being first duly sworn on oath, depose and state that if called to testify as a witness in court, I could competently testify to the following facts, of which I have personal knowledge:

1. I am over 18 years of age and reside in Cook County, Illinois.

2. I am employed by and registered with TradeRight Corp. d/b/a TradeRight Securities ("TradeRight"). TradeRight is a securities broker-dealer duly registered with the Securities and Exchange Commission (SEC) and a member in good standing with the Financial Industry Regulatory Authority (FINRA), and duly licensed to sell securities in multiple states throughout the United States.

3. I am employed by TradeRight in the position of Vice President. I have held this position with TradeRight since in or about 2003. In this position, my duties and responsibilities generally include marketing and operations.

4. I presently understand that Ms. Gomez is or may be seeking judicial relief to, among other things, compel TradeRight to transfer or cause the transfer of certain assets (i.e., mutual funds, stocks, etc.) she contends TradeRight is either holding or controlling.

5. As TradeRight's counsel has informed Ms. Gomez on several previous occasions, TradeRight has not exercised, and is not capable of exercising, any control whatsoever over any of Ms. Gomez's assets.

6. Ms. Gomez is not TradeRight's customer. Ms. Gomez currently has no account agreement of any kind with TradeRight. Rather, Ms. Gomez is or was a customer of Enterprise Trust Company ("Enterprise"). Thus, any directions regarding assets held on her behalf by Enterprise is a matter which Ms. Gomez must raise directly with Enterprise or through another financial institution with which she has established an account.

7. Enterprise is a customer of TradeRight, meaning that TradeRight effects securities transactions at the request and direction of Enterprise for the Enterprise account. TradeRight has no direct relationship with any of Enterprise's customers, and TradeRight effect securities transactions only at the direction of Enterprise, and not any of Enterprise's customers. Thus, with respect to the Enterprise account for which TradeRight is broker of record, TradeRight is authorized to act only upon the valid instruction of its own customer, Enterprise.

8. Since Ms. Gomez is not a TradeRight customer, it cannot take any direction of any kind from her related to the transfer or liquidation of any assets she may own in accounts controlled by various third parties.

9. TradeRight and Enterprise are not now, and never were, related or affiliated companies. TradeRight and Enterprise, which I understand is a state-chartered (Nevada) trust company, are separately owned and controlled. No employee or associate of Enterprise has now, or ever had, express or implied permission or authority to bind TradeRight with respect to any matter. Likewise, TradeRight does not control Enterprise and has no authority or standing to give Enterprise direction or instruction of any kind with respect to Enterprise's customers' assets held by Enterprise.

10. Although on a Form ADV TradeRight submitted to the Investment Advisor Registration Depository (IARD) in or about early 2006, TradeRight identified an entity known as "Enterprise Advisory Group, Inc." as an "other business name" of TradeRight, this was done as I understood it in conjunction with the then-contemplated intention of Enterprise's principals to take the required examination to qualify as investment advisor representatives. Enterprise's principals, however, never became registered as investment advisor representatives. In addition, TradeRight ultimately amended its Form ADV to delete such reference, and TradeRight's current Form ADV on file with IARD does not show Enterprise Advisory Group, Inc. as an other business name of TradeRight. A true and correct copy of relevant pages of TradeRight's Form ADV, filed with IARD on August 24, 2007, is attached hereto as Exhibit A.

11. TradeRight, along with its principals and those of Enterprise, entered into an asset purchase agreement with Ms. Gomez and her broker-dealer firm, Advisory Financial Consultants, Inc., in December 2006. There are currently pending in arbitration before FINRA separate proceedings commenced by TradeRight and Gomez over that transaction and events subsequent to it.

12. Another party to the asset purchase agreement—Locke Haven, LLC—is or was an Illinois limited liability company formed by certain principals of TradeRight and Enterprise but not by TradeRight and Enterprise themselves, for the purpose of funding the initial payment due under the asset purchase agreement. Locke Haven, however, ultimately never engaged in any business activity of any kind.

I hereby certify that the foregoing statements are true and correct under penalty of perjury pursuant to the laws of the State of California.

_____
George Dragel

Subscribed and sworn to before
me this 19th day of December 2007

_____
Notary Public

OFFICIAL SEAL
MICHAEL J RUKUJZO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/17/11

-4-

ENDORSED
FILED
ALAMEDA COUNTY

DEC 1 9 2007

CLERK OF THE SUPERIOR COURT
BY PILIPINO TUNGOHAN
DEPUTY

PG07362098

STATE OF ILLINOIS  )
                   ) SS.
COUNTY OF COOK     )

### AFFIDAVIT OF JAMES V. GARVEY

I, James V. Garvey, being first duly sworn on oath, depose and state that if called to testify as a witness in court, I could competently testify to the following facts, of which I have personal knowledge:

1. I am over 18 years of age and reside in Cook County, Illinois.

2. I am a shareholder in the law firm of Vedder, Price, Kaufman & Kammholz, P.C. ("Vedder Price"). I have been licensed to practice law since 1994 and have worked at Vedder Price for my entire legal career. I am currently licensed and in good standing to practice law in the following jurisdictions: Illinois; Northern District of Illinois; 7th Circuit Court of Appeal; 9th Circuit Court of Appeals; and 8th Circuit Court of Appeals. I have never been censured, and my law license has never been suspended or revoked, at any time in any jurisdiction.

3. I serve as outside counsel to TradeRight Corp. d/b/a TradeRight Securities ("TradeRight"), including in connection with disputes currently pending between TradeRight and Ruthe P. Gomez.

4. On December 12, 2007, I received by facsimile a letter from Patrick Baldwin, an attorney representing Ms. Gomez. A true and correct copy of Mr. Baldwin's letter is attached hereto as Exhibit A.