1  Benjamin K. Riley (SBN 112007)
   **HOWREY LLP**
2  525 Market Street, Suite 3600
   San Francisco, California 94105
3  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
4
   Stephen D. Libowsky (*pro hac vice* to be submitted)
5  **HOWREY LLP**
   321 North Clark Street, Suite 3400
6  Chicago, IL 60610
   Telephone: (312) 595-1239
7  Facsimile: (312) 595-2250

8  Attorneys for Defendant
   ENTERPRISE TRUST COMPANY
9

ORIGINAL FILED

JAN 15 2008

10         UNITED STATES DISTRICT COURT
11         NORTHERN DISTRICT OF CALIFORNIA

CV 08 0266 WDB

13  RUTHE P. GOMEZ,                           ) Case No.
                                              )
14            Plaintiff,                      )
                                              )
15       vs.                                  )
                                              ) **DECLARATION OF REBECCA**
16  TRADERIGHT CORP. d/b/a TRADERIGHT         ) **TOWNSEND IN SUPPORT OF NOTICE OF**
    SECURITIES, INC., ENTERPRISE TRUST        ) **REMOVAL PURSUANT TO 28 U.S.C. §**
17  COMPANY, and LOCKE HAVEN, LLC,            ) **1441(b) (DIVERSITY)**
                                              )
18            Defendants.                     )
                                              )
19  _____)

HOWREY LLP

DM_US:20954755_1

## DECLARATION OF REBECCA TOWNSEND

I, Rebecca Townsend, declare as follows:

1. I am Vice President, and the main client manager, of Defendant Enterprise Trust Company; and, I am one of the four members of Defendant Locke Haven, LLC. I am familiar with the accounts of Plaintiff Ruthe P. Gomez, at issue in this action. I make this Declaration of my personal knowledge and, if called upon as a witness, could and would testify competently, under oath, to the facts contained herein.

2. Defendant Enterprise Trust was at the time of the filing of this action, and still is at the time of the filing of the Notice of Removal, a corporation organized under the laws of Nevada, and has its principal place of business in Henderson, Nevada.

3. Defendant Locke Haven, LLC was at the time of the filing of this action, and still is at the time of the filing of the Notice of Removal, a limited liability corporation organized under the laws of the State of Illinois, and has its principal place of business in Lockport, Illinois.

4. Defendant Locke Haven, LLC is made up of four members: George Dragel, Mike Rukujzo, John H. Lohmeier and me. I have personal knowledge that all four of us are citizens of the State of Illinois. None of us is a citizen of the State of California.

5. The total value of Plaintiff Gomez's accounts at issue in this proceeding equals approximately $900,000.

Executed on January 15, 2008, at Oak Park, Illinois.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Rebecca Townsend_
Rebecca Townsend

HOWREY LLP

DM_US:20954755_1

0

DECLARATION OF REBECCA TOWNSEND
IN SUPPORT OF NOTICE OF REMOVAL