Benjamin K. Riley (SBN 112007)
Helen C. MacLeod (206618)
**HOWREY LLP**
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Stephen D. Libowsky (*pro hac vice* to be submitted)
**HOWREY LLP**
321 North Clark Street, Suite 3400
Chicago, IL 60610
Telephone: (312) 595-1239
Facsimile: (312) 595-2250

Attorneys for Defendant
ENTERPRISE TRUST COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RUTHE P. GOMEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>TRADERIGHT CORP. d/b/a TRADERIGHT SECURITIES, INC., ENTERPRISE TRUST COMPANY, and LOCKE HAVEN, LLC,<br><br>    Defendants. | Case No. CV 08-0266 (WDB)<br><br>~~STIPULATION AND [PROPOSED]~~ **ORDER EXTENDING TIME TO FILE RESPONSE TO COMPLAINT** |

HOWREY LLP

DM_US:20971924_2

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED that the time for Enterprise Trust and TradeRight to file a pleading responsive to the Complaint is extended up to and including February 15, 2008.

Dated: January 25, 2008

_____
The Honorable Wayne D. Brazil
United States Magistrate Judge

HOWREY LLP

-4-

DM_US:20971924_2