Benjamin K. Riley (SBN 112007)
Helen C. MacLeod (206618)
**HOWREY LLP**
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Stephen D. Libowsky (*pro hac vice* to be submitted)
**HOWREY LLP**
321 North Clark Street, Suite 3400
Chicago, IL 60610
Telephone: (312) 595-1239
Facsimile: (312) 595-2250

Attorneys for Defendant
ENTERPRISE TRUST COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RUTHE P. GOMEZ, | Case No. CV 08-0266 (WDB) |
| Plaintiff, | |
| vs. | ~~STIPULATION AND [PROPOSED]~~ ORDER EXTENDING TIME TO FILE RESPONSE TO COMPLAINT |
| TRADERIGHT CORP. d/b/a TRADERIGHT SECURITIES, INC., ENTERPRISE TRUST COMPANY, and LOCKE HAVEN, LLC, | |
| Defendants. | |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED that the time for Enterprise Trust and TradeRight to file a pleading responsive to the Complaint is extended up to and including February 15, 2008.

Dated: January __, 2008

_____
The Honorable Wayne D. Brazil
United States Magistrate Judge

25

HOWREY LLP

DM_US:20971924_2