**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTHE P. GOMEZ | NO. CV 08-00266 WDB |
|        Plaintiff, | **CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY DOCKET NOS. 1, 2 AND 5.** |
| v. | |
| TRADERIGHT CORP. | |
|        Defendant. | |

On January 15, 2008, counsel for Defendant, Enterprise Trust Company, filed a Notice of Removal, docket #1, and Declaration of Rebecca Townsend, docket #2, manually, on paper. On January 17, 2008, counsel for Defendant, Enterprise Trust Company, filed a Certificate of Service, docket #5, manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned paper document has been filed and docketed. However, General Order 45 provides at Section III that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for Defendant, Enterprise Trust Company, should submit the Notice of Removal, docket #1, and the Declaration of Rebecca Townsend, docket #2, and the Certificate of Service, docket #5 in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at

1  http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do ***not***
2  e-file a document which has been previously filed on paper, as is the case with the above mentioned
3  filing. All subsequent papers should be e-filed.

6  Dated: January 31, 2008                              Cynthia Lenahan
                                                        Deputy Clerk