Benjamin K. Riley (SBN 112007)
Helen C. MacLeod (206618)
**HOWREY LLP**
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Stephen D. Libowsky (*pro hac vice* to be submitted)
**HOWREY LLP**
321 North Clark Street, Suite 3400
Chicago, IL 60610
Telephone: (312) 595-1239
Facsimile: (312) 595-2250

Attorneys for Defendant
ENTERPRISE TRUST COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RUTHE P. GOMEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>TRADERIGHT CORP. d/b/a TRADERIGHT SECURITIES, INC., ENTERPRISE TRUST COMPANY, and LOCKE HAVEN, LLC,<br><br>    Defendants. | Case No. CV 08-0266 (WDB)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSE TO COMPLAINT** |

| | |
|---|---|
| 1 | Pursuant to Local Rule 6-2, Plaintiff Ruthe P. Gomez, on the one hand, and Defendants Enterprise Trust Company ("Enterprise Trust") and TradeRight Corporation ("TradeRight"), on the other hand, by and through their respective counsel of record, hereby stipulate and agree as follows: |

Pursuant to Local Rule 6-2, Plaintiff Ruthe P. Gomez, on the one hand, and Defendants Enterprise Trust Company ("Enterprise Trust") and TradeRight Corporation ("TradeRight"), on the other hand, by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Ms. Gomez initiated this action in the Superior Court of the State of California in the County of Alameda (Case No. RG 07362098) on or about December 19, 2007;

WHEREAS, Enterprise Trust removed this action to this Court on or about January 15, 2008;

WHEREAS, on January 16, 2008, TradeRight filed its joinder in Enterprise Trust's removal of this action to this Court;

WHEREAS, Ms. Gomez seeks, by this action, to transfer her trust accounts from Enterprise Trust to A.G. Edwards & Sons or other custodians;

WHEREAS, the parties have been cooperating and working diligently to complete the transfer of Ms. Gomez's accounts, and expect to complete that process within the next three to four weeks;

WHEREAS, on January 23, 2008, the parties filed a Stipulation to extend time for Enterprise Trust and TradeRight to respond to the Complaint by approximately 10 days, until Friday, February 15, and this Court approved that Stipulation on January 25, 2008 (Docket 7);

WHEREAS, the Initial Case Management Conference in this action has been set for April 23, 2008;

WHEREAS, no discovery has yet occurred;

WHEREAS, other than the one 10-day extension referenced above, no other time modifications have been made in this action, whether by stipulation or by Court order;

WHEREAS, this stipulated time modification will not have any effect on the schedule for this action;

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned, that

1. The time for Enterprise Trust and TradeRight to file a pleading responsive to the Complaint is extended up to and including March 14, 2008.

HOWREY LLP

DM_US:20971924_3

| | |
|---|---|
| Dated: February 11, 2008 | Respectfully submitted,<br><br>**HOWREY LLP**<br><br>By: /s/ Benjamin K. Riley<br>Benjamin K. Riley<br><br>Attorneys for Defendant<br>ENTERPRISE TRUST COMPANY |
| Dated: February 11, 2008 | Respectfully submitted,<br><br>**GATTEY LAW OFFICES**<br><br>By: /s/ Scott D. Gattey<br>Scott D. Gattey<br><br>Attorneys for Defendant<br>TRADERIGHT CORP., d/b/a<br>TRADERIGHT SECURITIES, INC. |
| Dated: February 11, 2008 | Respectfully submitted,<br><br>**BALDWIN LAW GROUP**<br><br>By: /s/ Patrick Baldwin<br>Patrick Baldwin<br><br>Attorneys for Plaintiff<br>RUTHE P. GOMEZ |

HOWREY LLP
DM_US:20971924_3

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED that the time for Enterprise Trust and TradeRight to file a pleading responsive to the Complaint is extended up to and including March 14, 2008.

Dated: February 12, 2008

_____
The Honorable Wayne D. Brazil
United States Magistrate Judge

# FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X, Subparagraph B, of the United States District Court for the Northern District of California, the undersigned attests that all parties have concurred in the electronic filing of this Stipulation and [Proposed] Order.

Dated: February 11, 2008

Respectfully submitted,

**HOWREY LLP**

By: *[signature]*
Benjamin K. Riley

Attorneys for Defendant
ENTERPRISE TRUST COMPANY

HOWREY LLP

DM_US:20971924_3