1  Benjamin K. Riley (SBN 112007)
   HOWREY LLP
2  525 Market Street, Suite 3600
   San Francisco, California  94105
3  Telephone:  (415) 848-4900
   Facsimile:  (415) 848-4999
4
   Attorneys for Defendant
5  ENTERPRISE TRUST COMPANY

6

7

8
                        UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                              OAKLAND DIVISION
11

| | |
|---|---|
| RUTHE P. GOMEZ, | Case No. C 08-00266 WDB |
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO WITHDRAW APPEARANCE** |
| vs. | |
| TRADERIGHT CORP. d/b/a TRADERIGHT SECURITIES, INC., ENTERPRISE TRUST COMPANY, and LOCKE HAVEN, LLC, | Date:      April 23, 2008<br>Time:      4:00 p.m.<br>Location: Courtroom 4, 3rd Floor<br>Judge:    Hon. Wayne D. Brazil |
| Defendants. | |

18        NOTICE IS HEREBY GIVEN that on April 23, 2008 at 4:00 p.m., or as soon as the matter

19  may be heard, if necessary, in Courtroom 4 of the above-titled Court, 1301 Clay Street, Oakland,

20  California 94612, Howrey LLP hereby moves this Court pursuant to Local Rule 11-5 to allow it to

21  withdraw as counsel for Defendant Enterprise Trust Company, and to no longer participate in these

22  proceedings.  This motion is based upon this Notice of Motion and Motion, the declarations supporting

23  this motion, the papers and pleadings of record in this case, and upon other matters as may be

24  presented to the Court if there is a hearing on this motion.

25        In support of this motion, Howrey LLP states as follows:

26        1.  In late November 2007, Howrey was retained to represent jointly Defendant Enterprise

27  Trust Company ("Enterprise"), John H. Lohmeier, and Rebecca Townsend (collectively,

28  "Defendants"): in matters related to complaints by Ruthe Gomez and her company, Advisory Financial

HOWREY LLP

Case No.  C 08-00266 WDB
MOTION TO WITHDRAW APPEARANCE
DM_US:21084732_1

1    Consultants, Inc. (AFC); matters related to a complaint then pending against Defendants in a Financial

2    Industry Regulatory Authority (FINRA) arbitration; matters related to the Securities and Exchange

3    Commission's (SEC) request for information; and matters related to investigations by the Illinois state

4    banking and insurance regulators (collectively, the "Matters").  (Declaration of Stephen D. Libowsky

5    In Support of Motion to Withdraw Appearance ("Libowsky Decl."), ¶ 2.)  Howrey confirmed that it

6    was appropriate and desirable for the Defendants to be represented jointly by the same law firm, and

7    the Defendants agreed.  (Id.)

8         2.  On December 19, 2007, an action related to the Matters pending in other jurisdictions was

9    commenced in the Superior Court of the State of California in and for the County of Alameda, entitled

10   *Ruthe P. Gomez v. TradeRight Corp., Enterprise Trust Company, Locke Haven, LLC, and DOES 1*

11   *through 50, inclusive*, as Case Number RG07362098 ("California State Action").  (*See* Dkt No. 1.)

12   The Superior Court of the State of California in and for the County of Alameda issued on December

13   19, 2007, a Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction.  (*See*

14   id.)

15        3.  On January 15, 2008, the California State Action was removed to the United States District

16   Court for the Northern District of California.  (Dkt. No. 1.)  This Court filed on January 15, 2008 an

17   Order Setting Initial Case Management Conference and ADR Deadlines. (Dkt. No. 3.)  The time for

18   filing Enterprise's and TradeRight Securities, Inc.'s responses to Plaintiff's Complaint has twice been

19   extended via stipulation of the parties granted by the Court. (Dkt. Nos. 6, 7, 10 & 11.)  Responses are

20   currently due March 14, 2008.  (Dkt. No. 11.)

21        4.  Howrey received telephonic notice from the SEC on the afternoon of Monday, March 3,

22   2008, that a complaint was being filed against the Defendants in the United States District Court for

23   the Northern District of Illinois and that a temporary restraining order, an asset freeze and a receiver

24   were being sought on an expedited basis.  Howrey attorneys participated in discussions with the SEC

25   and a telephonic hearing with Judge Kennelly held that afternoon which resulted in the agreed to

26   restraining and asset freeze orders. (Libowsky Decl., ¶ 3.)  Over the next two days, Howrey attorneys

27   participated in the telephonic hearing with the United States District Court for the Northern District of

28   Illinois on Tuesday, March 4, 2008, participated in several discussions with the SEC, and were

HOWREY LLP

-2-

Case No.  C 08-00266 WDB
MOTION TO WITHDRAW APPEARANCE
DM_US:21084732_1

1 physically present and participated in the evidentiary hearing on Wednesday, March 5, 2008. (Id.)

2 After that hearing, the United States District Court for the Northern District of Illinois entered a verbal

3 order appointing a Receiver. That order was memorialized in a written order dated March 6, 2008.

4 (Id.)

5      5. During the week of March 3, 2008, while dealing with the Matters, including those

6 occurring in United States District Court for the Northern District of Illinois, Howrey was involved in

7 discussions with the SEC and the appointed Receiver. (Id., ¶ 4.) Howrey had been involved for

8 several weeks in producing information and documents to the SEC and represented the individual

9 Defendants in deposition testimony before the SEC and FINRA. (Id.) During this time period,

10 Howrey believed that it was appropriate and desirable that the Defendants be represented by a single

11 law firm and represented the Defendants jointly. (Id.)

12      6. For the first time, on Friday, March 7, 2008, Howrey became aware that it could no longer

13 represent the Defendants jointly or any of them individually consistent with its professional

14 obligations. Howrey moves to withdraw as counsel for Defendant Enterprise Trust Company in this

15 case because Howrey's professional obligations prevent its representation of any Defendant

16 individually. (Id., ¶ 5.)

17      7. Howrey, after lengthy internal discussions with the appropriate individuals in the firm

18 responsible for analyzing professional responsibility issues, immediately informed John H. Lohmeier,

19 Rebecca Townsend, Enterprise, and the appointed Receiver, Phillip L. Stern, that it could no longer

20 represent the Defendants individually in the Matters or any of the related actions, including this case.

21 (Id., ¶ 6.)

22      8. On March 10, 2008, Howrey informed counsel for Plaintiff Ruthe P. Gomez in writing

23 concerning its withdrawal as counsel in the Matters pending in other jurisdictions. (Id., ¶ 7; Ex. 1.) On

24 March 13, 2008, Howrey informed counsel for Plaintiff Ruthe P. Gomez telephonically of its intent to

25 also withdraw in this particular case. (Declaration of Matthew F. Greinert In Support of Motion to

26 Withdraw Appearance ("Greinert Decl.", ¶ 2.)

27      9. Plaintiff Ruthe P. Gomez does not oppose this Motion for Withdrawal of Appearance.

28 (Greinert Decl., ¶ 3.)

**HOWREY LLP**

-3-

Case No. C 08-00266 WDB
MOTION TO WITHDRAW APPEARANCE
DM_US:21084732_1

1    10.  Due to the present motion and a deadline of March 14, 2008 for Enterprise's and

2  TradeRight Securities, Inc.'s responses to Plaintiff's Complaint, the parties filed on March 13, 2008, a

3  Stipulation Extending Time to File Response to Complaint.  The stipulation extends until March 28,

4  2008 Enterprise's and TradeRight Securities, Inc.'s time to respond to Plaintiff's Complaint to allow

5  Enterprise to obtain substitute counsel if it desires and if this motion is granted.

6    11.  In its professional judgment, Howrey can no longer represent Enterprise further in this

7  matter.  (Libowsky Decl., ¶ 8.)  In light of the sensitivity of the issues related to this decision, Howrey

8  is not able, consistent with its professional obligations, to more fully articulate its judgment and the

9  reasons related to that judgment.  (Id.)  If the Court desires a more complete discussion of this

10  situation, Howrey will certainly do whatever it can to satisfy the Court, including an *in camera*

11  discussion of the situation.

12    12.  At all times since informing Enterprise of its need to withdraw as counsel for this case,

13  Howrey has stated that it will do whatever it can appropriately do to transition the case to new counsel

14  and to protect the interests of Enterprise.  Howrey has and will continue to do so.  (Id., ¶ 9.)

15    13.  Although this motion is not filed on an expedited basis, Howrey respectfully requests the

16  Court to consider granting this motion as soon as practicable to permit Enterprise sufficient time to

17  retain substitute counsel should it choose to do so.

18    WHEREFORE, Howrey LLP respectfully requests that this Court grant its motion to withdraw

19  from this matter.

20
Dated:  March 14, 2008                                    Respectfully submitted,

21
                                                          HOWREY LLP
22

23

24                                                        By: ___/s/_____

25                                                            Benjamin K. Riley
                                                            Attorneys for Defendant
                                                            ENTERPRISE TRUST COMPANY
26

27

28

**HOWREY LLP**

-4-

Case No.  C 08-00266 WDB
MOTION TO WITHDRAW APPEARANCE
DM_US:21084732_1

1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                        NORTHERN DISTRICT OF CALIFORNIA

8                                OAKLAND DIVISION

9  RUTHE P. GOMEZ,                            Case No. C 08-00266 WDB

10            Plaintiff,                       **[PROPOSED] ORDER GRANTING
                                              MOTION TO WITHDRAW APPEARANCE**
11       vs.

12 TRADERIGHT CORP. d/b/a TRADERIGHT
   SECURITIES, INC., ENTERPRISE TRUST
13 COMPANY, and LOCKE HAVEN, LLC,

14            Defendants.

15

16       This matter comes before the Court on Howrey LLP's (including its attorneys Benjamin K.

17 Riley, Stephen D. Libowsky, and Helen C. MacLeod) motion to withdraw as counsel for Defendant

18 Enterprise Trust Company.  The Court, having reviewed and considered the Motion, facts set forth

19 therein, and supporting declarations, hereby GRANTS the Motion.

20
   IT IS SO ORDERED.
21
   Dated:_____
22

23

24                                            _____
                                              The Honorable Wayne D. Brazil
                                              United States Magistrate Judge
25

26

27

28

**HOWREY LLP** | Case No.  C 08-00266 WDB
                 [PROPOSED] ORDER GRANTING MOTION TO
                 WITHDRAW APPEARANCE

1 | Benjamin K. Riley (SBN 112007)
HOWREY LLP
2 | 525 Market Street, Suite 3600
San Francisco, California 94105
3 | Telephone: (415) 848-4900
Facsimile: (415) 848-4999
4 |
Attorneys for Defendant
5 | ENTERPRISE TRUST COMPANY

6 |

7 |

8 |
UNITED STATES DISTRICT COURT
9 |
NORTHERN DISTRICT OF CALIFORNIA
10 |
OAKLAND DIVISION
11 |

RUTHE P. GOMEZ,                                    Case No. C 08-00266 WDB
12 |
Plaintiff,                        **DECLARATION OF MATTHEW F.**
13 |                                                **GREINERT IN SUPPORT OF MOTION TO**
vs.                               **WITHDRAW APPEARANCE**
14 |
TRADERIGHT CORP. d/b/a TRADERIGHT      Date:      April 23, 2008
15 | SECURITIES, INC., ENTERPRISE TRUST    Time:      4:00 p.m.
COMPANY, and LOCKE HAVEN, LLC,         Location: Courtroom 4, 3rd Floor
16 |                                                Judge:     Hon. Wayne D. Brazil
Defendants.
17 |

18 |

19 |          I, Matthew F. Greinert, declare:

20 |          1.       I am an attorney at the law firm of Howrey LLP, counsel of record for Enterprise Trust

Company in the above-captioned action. I am a member in good standing of the State Bar of
21 |
California and have been admitted to practice before this Court. I have personal knowledge of the
22 |
facts set forth in this Declaration and, if called as a witness, could and would testify competently to
23 |
such facts under oath.
24 |
          2.       On March 13, 2008, I spoke via telephone with Patrick Baldwin and Christopher Mader,
25 |
counsel for Plaintiff Ruthe P. Gomez, to confirm Howrey's intent to withdraw as counsel from the
26 |
action pending in this Court.
27 |

28 |

HOWREY LLP

Case No. C 08-00266 WDB
GREINERT DECLARATION IN SUPPORT OF MOTION
TO WITHDRAW APPEARANCE
DM_US:21087061_1

1        3.       Mr. Baldwin stated that he would not oppose the Motion for Withdrawal of

2    Appearance.

3

          Executed at San Francisco, California on March 14, 2008.

4

          I declare under penalty of perjury under the laws of the United States of America that the

5

     foregoing is true and correct.

6

7
                                                            _____
8                                                                  Matthew F. Greinert

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOWREY LLP

Case No.  C 08-00266 WDB                        -2-
GREINERT DECLARATION IN SUPPORT OF MOTION
TO WITHDRAW APPEARANCE
DM_US:21087061_1

1  Benjamin K. Riley (SBN 112007)
   HOWREY LLP
2  525 Market Street, Suite 3600
   San Francisco, California 94105
3  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
4
   Attorneys for Defendant
5  ENTERPRISE TRUST COMPANY

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       OAKLAND DIVISION

11
   RUTHE P. GOMEZ,                    Case No. C 08-00266 WDB
12
            Plaintiff,                **DECLARATION OF STEPHEN D.
13                                    LIBOWSKY IN SUPPORT OF MOTION TO
       vs.                            WITHDRAW APPEARANCE**
14
   TRADERIGHT CORP. d/b/a TRADERIGHT  Date:     April 23, 2008
15 SECURITIES, INC., ENTERPRISE TRUST Time:     4:00 p.m.
   COMPANY, and LOCKE HAVEN, LLC,     Location: Courtroom 4, 3rd Floor
16                                    Judge:    Hon. Wayne D. Brazil
            Defendants.
17

18
          I, Stephen D. Libowsky, declare:
19
          1.    I am an attorney at law, admitted to practice law in the States of Georgia and Illinois,
20
   and a partner in the law firm of Howrey LLP. I am counsel for Defendant Enterprise Trust Company.
21
   I have personal knowledge of the facts contained in this declaration, and if called upon to do so, I
22
   could and would testify competently thereto.
23
          2.    In late November 2007, Howrey was retained to represent jointly Defendant Enterprise
24
   Trust Company("Enterprise"), John H. Lohmeier, and Rebecca Townsend (collectively,
25
   "Defendants"): in matters related to complaints by Ruthe Gomez and her company, Advisory Financial
26
   Consultants, Inc. (AFC); matters related to a complaint then pending against Defendants in a Financial
27
   Industry Regulatory Authority (FINRA) arbitration; matters related to the Securities and Exchange
28

HOWREY LLP
   Case No. C 08-00266 WDB
   LIBOWSKY DECLARATION IN SUPPORT OF MOTION
   TO WITHDRAW APPEARANCE
   DM_US:21084740_1

1  Commission's (SEC) request for information; and matters related to investigations by the Illinois state

2  banking and insurance regulators (collectively, the "Matters"). Howrey confirmed that it was

3  appropriate and desirable for the Defendants to be represented jointly by the same law firm, and the

4  Defendants agreed.

5       3.     Howrey received telephonic notice from the SEC on the afternoon of Monday, March 3,

6  2008, that a complaint was being filed against the Defendants in the United States District Court for

7  the Northern District of Illinois and that a temporary restraining order, an asset freeze and a receiver

8  were being sought on an expedited basis. Howrey attorneys participated in discussions with the SEC

9  and a telephonic hearing with Judge Kennelly held that afternoon which resulted in the agreed to

10  restraining and asset freeze orders. Over the next two days, Howrey attorneys participated in the

11  telephonic hearing with the United States District Court for the Northern District of Illinois on

12  Tuesday, March 4, 2008, participated in several discussions with the SEC, and were physically present

13  and participated in the evidentiary hearing on Wednesday, March 5, 2008. After that hearing, the

14  United States District Court for the Northern District of Illinois entered a verbal order appointing a

15  Receiver. That order was memorialized in a written order dated March 6, 2008.

16       4.     During the week of March 3, 2008, while dealing with the Matters, including those

17  occurring in United States District Court for the Northern District of Illinois, Howrey was involved in

18  discussions with the SEC and the appointed Receiver. Howrey had been involved for several weeks in

19  producing information and documents to the SEC and represented the individual Defendants in

20  deposition testimony before the SEC and FINRA. During this time period, Howrey believed that it

21  was appropriate and desirable that the Defendants be represented by a single law firm and represented

22  the Defendants jointly.

23       5.     For the first time, on Friday, March 7, 2008, Howrey became aware that it could no

24  longer represent the Defendants jointly or any of them individually consistent with its professional

25  obligations. Howrey moves to withdraw as counsel for Defendant Enterprise Trust Company in this

26  case because Howrey's professional obligations prevent its representation of any Defendant

27  individually.

28

HOWREY LLP

Case No. C 08-00266 WDB                                   -2-
LIBOWSKY DECLARATION IN SUPPORT OF MOTION
TO WITHDRAW APPEARANCE
DM_US:21084740_1

1    6.    After lengthy internal discussions with the appropriate individuals in the firm

2 responsible for analyzing professional responsibility issues, I immediately informed John H. Lohmeier,

3 Rebecca Townsend, Enterprise, and the appointed Receiver, Phillip L. Stern, that it could no longer

4 represent the Defendants individually in the Matters or any of the related actions, including this case.

5    7.    On March 10, 2008, I informed counsel for Plaintiff Ruthe P. Gomez in writing

6 concerning Howrey's withdrawal as counsel in the Matters pending in other jurisdictions.

7    8.    In its professional judgment, Howrey can no longer represent Enterprise further in this

8 matter.  In light of the sensitivity of the issues related to this decision, Howrey is not able, consistent

9 with its professional obligations, to more fully articulate its judgment and the reasons related to that

10 judgment.

11    9.    At all times since informing Enterprise of its need to withdraw as counsel for this case,

12 Howrey has stated that it will do whatever it can appropriately do to transition the case to new counsel

13 and to protect the interests of Enterprise.  Howrey has and will continue to do so.

14

      Executed at Chicago, Illinois, on March 14, 2008.

15
      I declare under penalty of perjury under the laws of the United States of America that the

16
foregoing is true and correct.

17

18

19                                             Stephen D. Libowsky

20

21

22

23

24

25

26

27

28

HOWREY LLP    Case No.  C 08-00266 WDB                    -3-
LIBOWSKY DECLARATION IN SUPPORT OF MOTION
TO WITHDRAW APPEARANCE
DM_US:21084740_1

# HOWREY LLP

321 North Clark Street
Suite 3400
Chicago, IL 60610
www.howrey.com

**Stephen D. Libowsky**
Partner
**T** 312.595.2252
**F** 312.264.0372
LibowskyS@howrey.com
File 01182.0004.000000

March 10, 2008

By Email & Messenger

Philip L. Stern, Esq.
Neal, Gerber & Eisenberg LLP
Suite 2200
Two North LaSalle Street
Chicago, IL 60602-3801
pstern@ngelaw.com

Ms. Bernadette Cole
Enforcement Attorney
Illinois Securities Department
Office of Secretary of State
Suite 1220
69 W. Washington Street
Chicago, IL 60602
Bcole@ilsos.net

Steven J. Levine
Senior Trial Counsel
U.S. Securities & Exchange Commission
Suite 900
175 W. Jackson
Chicago, IL 60604
levines@sec.gov

By Email & Federal Express

Mr. Paul Ashworth
Supervisory Examiner
Suite 180
2785 E. Desert Inn Road
Las Vegas, Nevada  89121
pashworth@fid.state.nv.us

Patrick Baldwin, Esq.
Baldwin Law Group
Suite 207
530 Oak Grove Avenue
Menlo Park,  CA  94025
baldwinpat@msn.com

Ms. Laura D. McNamire
Senior Case Administrator
FINRA Dispute Resolution, West Region
Suite 900
300 South Grand Avenue
Los Angeles, CA 90071-3135
laura.mcnamire@finra.org

Re:    ***Enterprise Trust Company***

Ladies and Gentlemen:

This letter hereby informs you that our firm is no longer representing Enterprise Trust Company, John Lohmeier or Rebecca Townsend.  We will orderly wind down and transition these matters.

AMSTERDAM  BRUSSELS  CHICAGO  EAST PALO ALTO  HOUSTON  IRVINE  LONDON  LOS ANGELES
MADRID  MUNICH  NEW YORK  NORTHERN VIRGINIA  PARIS  SALT LAKE CITY  SAN FRANCISCO  TAIPEI  WASHINGTON, DC

DM_US:21079436_1

**HOWREY** LLP

Philip L. Stern, Esq.
Mr. Paul Ashworth
Ms. Bernadette Cole
Patrick Baldwin, Esq.
Ms. Laura D. McNamire
Mr. Steven J. Levine
March 10, 2008
Page 2

Please call me if you have any questions.

Very truly yours,

Stephen D. Libowsky

SDL:clr

cc (by Email & Federal Express):    John Lohmeier
Rebecca Townsend

**PROOF OF SERVICE**

STATE OF CALIFORNIA          )
                             )   ss.:
COUNTY OF SAN FRANCISCO      )

       I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 525 Market Street, Suite 3600, San Francisco, California  94105.

       On March 14, 2008, I served on the interested parties in said action the within:

Motion to Withdraw Appearance

Declaration of Stephen D. Libowsky In Support of Motion to Withdraw Appearance

Declaration of Matthew F. Greinert In Support of Motion to Withdraw Appearance

[Proposed] Order Granting Motion to Withdraw Appearance

by placing a true copy thereof in a sealed envelope(s) addressed as stated on the attached mailing list and causing such envelope(s) to be deposited at San Francisco, California.

[X]    (OVERNIGHT DELIVERY) by depositing in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivering to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated on the attached mailing list, with fees for overnight delivery paid or provided for and causing such envelope(s) to be delivered by said express service carrier.

[X]    (EMAIL/ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the submission, any electronic message or other indication that the transmission was unsuccessful.

       I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

       Executed on March 14, 2008, at San Francisco, California.

| | |
|---|---|
| Karol Tobar | |
| (Type or print name) | (Signature) |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOWREY LLP

**SERVICE LIST**

BY EMAIL

Patrick Baldwin, Esq.
Baldwin Law Group
Suite 207
530 Oak Grove Avenue
Menlo Park, CA 94025
baldwinpat@msn.com

Scott Gattey, Esq.
Gattey Law Office
1395 San Carlos Avenue
Suite C2
San Carlos, CA 94070
scott@gatteylaw.com

BY FEDERAL EXPRESS

Enterprise Trust Company
Suite 220
600 Enterprise Drive
Oak Brook, IL 60523

John H. Lohmeier
3811 Washington Street
Oak Brook, IL 60523

Rebecca Townsend
5149 Grand Avenue
Downers Grove, IL 60515

Phillip L. Stern, Esq.
Neal, Gerber & Eisenberg LLP
Suite 220
Two North LaSalle Street
Chicago, IL 60602-3801