UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RUTHE P. GOMEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>TRADERIGHT CORP. d/b/a TRADERIGHT SECURITIES, INC., ENTERPRISE TRUST COMPANY, and LOCKE HAVEN, LLC,<br><br>    Defendants. | Case No. C 08-00266 WDB<br><br>**ORDER GRANTING MOTION TO WITHDRAW APPEARANCE** |

This matter comes before the Court on Howrey LLP's (including its attorneys Benjamin K. Riley, Stephen D. Libowsky, and Helen C. MacLeod) motion to withdraw as counsel for Defendant Enterprise Trust Company. The Court, having reviewed and considered the Motion, facts set forth therein, and supporting declarations, hereby GRANTS the Motion.

IT IS SO ORDERED.

Dated: March 17, 2008

*/s/ Wayne D. Brazil*
_____
The Honorable Wayne D. Brazil
United States Magistrate Judge

**HOWREY LLP**

Case No. C 08-00266 WDB
[PROPOSED] ORDER GRANTING MOTION TO
WITHDRAW APPEARANCE