1  PATRICK BALDWIN, ESQ. (SBC # 93337)
2  BALDWIN LAW GROUP
   530 Oak Grove Avenue, Suite 207
3  Menlo Park, CA 94025
   Phone: (650) 326-8195
4  Fax:    (650) 326-0467
   Attorneys for Plaintiff
5  RUTHE P. GOMEZ

*FILED*

*2008 MAR 28  AM 11: 45*

*RICHARD W. WIEKING*
*CLERK U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| RUTHE P. GOMEZ, | ) CASE NO.: CV 08-0266 (WDB) |
| Plaintiff, | ) PLAINTIFF'S NOTICE OF VOLUNTARY |
| v. | ) DISMISSAL OF ACTION WITHOUT |
| | ) PREJUDICE |
| TRADERIGHT CORP. d/b/a TRADERIGHT | ) |
| SECURITIES, INC., ENTERPRISE TRUST | ) |
| COMPANY, and LOCKE HAVEN, LLC, | ) |
| Defendants. | ) |

WHEREAS, on December 19, 2007 Plaintiff filed a Complaint with the California Superior Court, County of Alameda, styled *Ruthe P. Gomez v. TradeRight Corp. D/B/A TradeRight Securities, Inc., Enterprise Trust Co., and Locke Haven, LLC,* California Superior Court, Alameda County Case No.: RG07362098;

WHEREAS, Defendants TradeRight Corp. D/B/A TradeRight Securities, Inc. and Enterprise Trust Company ("Defendants") removed the action from the California Superior Court to the United States District Court, based on diversity jurisdiction, 28 U.S.C. §1441(b);

WHEREAS, this action is not at issue and no discovery has occurred;

///

1

2    WHEREAS, Plaintiff intends to pursue her claims against Defendants principally through

3    the Statement of Claim she filed with the Financial Industry Regulatory Authority, styled *Advisory*

4    *Financial Consultants, Inc., and Ruthe P. Gomez v. TradeRight Corp. D/B/A TradeRight*

5    *Securities, Inc., Enterprise Trust Co., and Locke Haven, LLC,* FINRA Case No.: 07-03055;

6    THEREFORE, Plaintiff voluntary dismisses this action <u>without prejudice</u>, pursuant to

7    Federal Rule of Civil Procedure 41(a)(1).

8

9    DATED: March 27, 2008                      BALDWIN LAW GROUP

10

11    _____

12    PATRICK BALDWIN, ESQ.
      Attorneys for Plaintiff
13    RUTHE P. GOMEZ

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE